**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Alberto Jose Oviedo Benitez,

Petitioner,

v.

Pamela Bondi, et al.,

Respondents.

No. CV-26-01273-PHX-MTL (JZB)

**ORDER**

Petitioner filed this action under § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to respond to the petition. (Doc. 3.) On September 18, 2026, Respondents filed a Status Report indicating Petitioner was released from custody on May 22, 2026. (Doc. 9.) Because Petitioner is no longer in custody, the Petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007). The Court will therefore dismiss this action as moot.

**IT IS ORDERED** that Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot.

**IT IS FURTHER ORDERED** all pending motions are denied and the Clerk of Court must enter judgment accordingly and close this case.

Dated this 18th day of September, 2026.

Michael T. Liburdi

Michael T. Liburdi
United States District Judge